UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-829 JVS (MRW) | Date | July 1, 2020 |
|---|---|---|---|
| Title | Meador v. United States | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. Petitioner Meador is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

2. Petitioner filed this habeas corpus action in April 2020. Magistrate Judge Wilner ordered Petitioner to submit a supplemental statement explaining "why he is entitled to pursue relief of his original criminal conviction under Section 2241 in this district [ ] rather than in the district in which he was tried, convicted, and sentenced." (Docket # 3 at 1.)

3. The Court's order gave Plaintiff until the end of May 2020 to file his response. (Id.) Plaintiff failed file a supplemental statement by that deadline.

4. Therefore, Petitioner is ORDERED to show cause why the action should not be dismissed. To avoid dismissal, Petitioner will submit his supplemental statement *plus* an explanation as to why he failed to comply with the Court's earlier order. Failure to do so may lead the Court to conclude that Petitioner has no interest in prosecuting this action further. Petitioner's submissions will be due by July 31.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**